Christopher L. Gaspard, SBN 275763
chris@GCWHlaw.com
Brandi L. Harper, SBN 264672
brandi@gcwhlaw.com
**Gaspard Castillo Winter Harper, APC**
3333 Concours Street, Suite 4100
Ontario, California 91764
Telephone: (909) 466-5600
Facsimile:  (909) 466-5610

Attorneys for Plaintiff
JOHN ELLINS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ELLINS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SIERRA MADRE, a municipality; MARILYN DIAZ, Individually and as Chief of Police; and DOES 1 THROUGH 10 INCLUSIVE;<br><br>　　　　　　Defendants. | Case No.:  CV 09-03971 CBM (RZx)<br><br>*Assigned to: Hon. Consuelo Marshall*<br><br>**ORDER RE STIPULATION OF DISMISSAL-JS6** |

**[INTENTIONALLY LEFT BLANK]**

## **ORDER**

The Court has reviewed the parties fully executed Stipulation of Dismissal. Based upon a review of the record and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all defendants and causes of action.  Each Party shall bear their own attorneys' fees and costs, except as provided in the agreement.

IT IS SO ORDERED.

Dated: July 3, 2014                       _____
                                          Honorable Consuelo Marshall
                                          District Court Judge